**Opinion issued January 30, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00763-CV
_____

**HARCHARAN NARANG AND RANJIT KAUR, Appellants**

**V.**

**DAVID TANG, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1110096**

---

## MEMORANDUM OPINION

Appellants, Harcharan Narang and Ranjit Kaur, have filed a motion to dismiss

this appeal. More than ten days have passed since the filing of the motion, and no

party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued

in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Goodman, and Countiss.